UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA          CASE NO.   08-mj-0002 CMK

    vs.          ORDER TO PAY

    GLENN ANDREW WOOD

The Defendant, having entered a plea of guilty to count 1, is

ORDERED TO PAY THE FOLLOWING:

| Count I | Fine: $200.00 | Assessment: $25.00 |
| Count II | Fine: $__Dismissed | Assessment: $_____ |
| Count III | Fine: $__Dismissed | Assessment: $_____ |
| Count IV | Fine: $_____ | Assessment: $_____ |
| Count V | Fine: $_____ | Assessment: $_____ |

(X)   FINE TOTAL OF $200.00 and a penalty assessment of $25.00 payable as follows: $100.00 due on or before October 1, 2008; $125 due on or before November 1, 2008.  Said payments to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

(X)   RESTITUTION OF $600.60 payable in full by September 1, 2008, to the Bureau of Land Management, 355 Hemsted Drive, Redding, CA 96002.

(X)   PROBATION to be unsupervised for a period of two years.  During the term of probation Defendant shall obey all state, federal and local laws.

DATED:  April 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE